The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NATHAN WITT, a minor child, by and through his parents, VALERIE L. WITT, and DANIEL A. WITT, husband and wife, individually as a marital community, and on behalf of their minor child,<br><br>              Plaintiffs,<br><br>  v.<br><br>MARION WARE and JOHN DOE WARE, individually and as a marital community, NAILA VANDERKOLK and JOHN DOE VANDERKOLK, individually and as a marital community, BILL TODD and JANE DOE TODD, individually and as a marital community, CARMEN CODY and JOHN DOE CODY, individually and as a marital community, LEAH STAJDUHAR and JOHN DOE STAJDUHAR, individually and as a marital community, BRENDA BIGEAGLE and JOHN DOE BIGEAGLE, individually and as a marital community, JANICE LANGBEHN and JOHN DOE LANGBEHN, individually and as a marital community, CHILDREN'S HOME SOCIETY OF WASHINGTON, a non profit Washington corporation, SERVICE ALTERNATIVES FOR WASHINGTON, INC., Washington | NO. C04-5139FDB<br><br>DECLARATION OF PAUL F. JAMES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING PLAINTIFFS' CLAIMS UNDER 42 U.S.C. § 1985, § 1986 AND § 1988<br><br>NOTED: July 8, 2005 |

DECLARATION OF PAUL F. JAMES  
NO. C04-5139FDB

1

ATTORNEY GENERAL OF WASHINGTON  
Torts Division  
629 Woodland Square Loop SE  
PO Box 40126  
Olympia, WA 98504-0126  
(360) 459-6600

| | |
|---|---|
| 1 | corporation, SUE BATSON and JOHN DOE BATSON, individually and as a marital community, SUSAN GOODSON and JOHN DOE GOODSON, individually and as a marital community, MELVA BINION and JOHN DOE BINION, individually and as a marital community, JANE DOE COATE and JOHN DOE COATE, individually and as a marital community, TOM PRICE and JANE DOE PRICE, individually and as a marital community, GORDON SINCOCK and JANE DOE SINCOCK, individually and as a marital community, BONNIE BUSHNELL and JOHN DOE BUSHNELL, individually and as a marital community, JEREMIAH OLSON, JANE DOE BUTLER and JOHN DOE BUTLER individually and as a marital community, JOHN DOE and JANE DOE Numbers One through Five, individually and as a marital community, STATE OF WASHINGTON and DEPARTMENT OF SOCIAL AND HEALTH SERVICES, GERI THOMAS AKERS and JERRY AKERS, individually and as a marital community, |
| | Defendants. |

18   I, PAUL F. JAMES, hereby state and declare as follows:

19   1.   I am an Assistant Attorney General assigned to represent the following defendants in this matter: MARION WARE and JOHN DOE WARE, individually and as a marital community, NAILA VANDERKOLK and JOHN DOE VANDERKOLK, individually and as a marital community, BILL TODD and JANE DOE TODD, individually and as a marital community, CARMEN CODY and JOHN DOE CODY, individually and as a marital community, LEAH STAJDUHAR and JOHN DOE STAJDUHAR, individually and as a marital community, BREND BIGEAGLE and JOHN DOE BIGEAGLE, individually and as a marital community, JANICE LANGBEHN and JOHN DOE LANGBEHN, individually and as

DECLARATION OF PAUL F. JAMES
NO. C04-5139FDB

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

1  a marital community, MELVA BINION and JOHN DOE BINION, individually and as a
2  marital community, JANE DOE COATE and JOHN DOE COATE, individually and as a
3  marital community, TOM PRICE and JANE DOE PRICE, individually and as a marital
4  community, GORDON SINCOCK and JANE DOE SINCOCK, individually and as a marital
5  community, JANE DOE BUTLER and JOHN DOE BUTLER individually and as a marital
6  community, JOHN DOE and JANE DOE Numbers One through Five, individually and as a
7  marital community, STATE OF WASHINGTON and DEPARTMENT OF SOCIAL AND
8  HEALTH SERVICES, ("Defendants").

    1.    I am over the age of 18, competent to testify as to the matters stated herein, and make this declaration based on my personal knowledge.

    2.    Attached to this declaration are true and correct copies of the following exhibits in support of Defendants' Motion and Memorandum in Support of Motion for Partial Summary Judgment Dismissing Plaintiffs' Claims Under 42 U.S.C. § 1985, § 1986 and § 1988.

| Exhibit # | Description |
|---|---|
| A. | Order of Guardianship dated March 9, 1993; |
| B. | Decree of Adoption dated July 7, 1995; |
| C. | Voluntary Placement Agreement dated July 11, 1996; |
| D. | Order of Dependency and Disposition dated August 28, 1997; |
| E. | Case Narrative Closing (Summary and Recommendations dated April 20, 1999; |
| F. | Letter of Sue Billet dated March 30, 1999; |
| G. | DSHS Individual Service Plan dated February 1, 2000; |
| H. | JRA Admission Summary; |
| I. | Excerpts of the deposition of Valerie Witt, Volume I:<br>Pg. 38, ln. 18 to pg. 40, ln. 2<br>Pg. 47, ln. 10 to pg. 48, ln. 2<br>Pg. 41, lns. 10-25<br>Pg. 45, lns 16-22 |

DECLARATION OF PAUL F. JAMES  
NO. C04-5139FDB  
3  
ATTORNEY GENERAL OF WASHINGTON  
Torts Division  
629 Woodland Square Loop SE  
PO Box 40126  
Olympia, WA 98504-0126  
(360) 459-6600

          Pg. 51, ln 18 to pg. 52, ln. 24
          Pg. 93, ln. 3-18;

J.    Valerie Witt letter dated October 18, 2002;

K.    Motion for Return of Child dated January 17, 2003;

L.    Letter of Jennifer Johnson, dated July 21, 2003;

M.    Letter of Rick Kendig, M.Ed. dated February 25, 2000;

N.    Order Clarifying Parental Authority in Continuing Dependency Action dated February 20, 2003;

O.    Ruling Denying Review dated August 15, 2003.

I declare under penalty of perjury, under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of June, 2005, at Lacey, Washington.

*/s/ Paul F. James*
PAUL F. JAMES

DECLARATION OF PAUL F. JAMES
NO. C04-5139FDB

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

1
2
3
4

**CERTIFICATE OF SERVICE**

5
6

    I hereby certify that on June 6, 2005, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

7

preble@olylwa.net

8
9
10
11
12

                                        /s/Paul F. James
                                        PAUL F. JAMES, WSBA #13525
                                        Assistant Attorney General
                                        Torts Division
                                        P.O. Box 40126
                                        Olympia, WA  98504-0116
                                        (360) 459-6600

13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF PAUL F. JAMES
NO.  C04-5139FDB

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600