The Honorable Franklin D. Burgess

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

NATHAN WITT, a minor child, by and through his parents, VALERIE L. WITT, and DANIEL A. WITT, husband and wife, individually as a marital community, and on behalf of their minor child,

Plaintiffs,

v.

MARION WARE and JOHN DOE WARE, individually and as a marital community, NAILA VANDERKOLK and JOHN DOE VANDERKOLK, individually and as a marital community, BILL TODD and JANE DOE TODD, individually and as a marital community, CARMEN CODY and JOHN DOE CODY, individually and as a marital community, LEAH STAJDUHAR and JOHN DOE STAJDUHAR, individually and as a marital community, BRENDA BIGEAGLE and JOHN DOE BIGEAGLE, individually and as a marital community, JANICE LANGBEHN and JOHN DOE LANGBEHN, individually and as a marital community, CHILDREN'S HOME SOCIETY OF WASHINGTON, a non profit Washington corporation, SERVICE ALTERNATIVES FOR WASHINGTON, INC., Washington

NO. C04-5139FDB

ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS PARENTS' CLAIMS

NOTED: July 1, 2005

corporation, SUE BATSON and JOHN DOE BATSON, individually and as a marital community, SUSAN GOODSON and JOHN DOE GOODSON, individually and as a marital community, MELVA BINION and JOHN DOE BINION, individually and as a marital community, JANE DOE COATE and JOHN DOE COATE, individually and as a marital community, TOM PRICE and JANE DOE PRICE, individually and as a marital community, GORDON SINCOCK and JANE DOE SINCOCK, individually and as a marital community, BONNIE BUSHNELL and JOHN DOE BUSHNELL, individually and as a marital community, JEREMIAH OLSON, JANE DOE BUTLER and JOHN DOE BUTLER individually and as a marital community, JOHN DOE and JANE DOE Numbers One through Five, individually and as a marital community, STATE OF WASHINGTON and DEPARTMENT OF SOCIAL AND HEALTH SERVICES, GERI THOMAS AKERS and JERRY AKERS, individually and as a marital community,

Defendants.

COMES NOW defendants', MARION WARE and JOHN DOE WARE, individually and as a marital community, NAILA VANDERKOLK and JOHN DOE VANDERKOLK, individually and as a marital community, BILL TODD and JANE DOE TODD, individually and as a marital community, CARMEN CODY and JOHN DOE CODY, individually and as a marital community, LEAH STAJDUHAR and JOHN DOE STAJDUHAR, individually and as a marital community, BRENDA BIGEAGLE and JOHN DOE BIGEAGLE, individually and as a marital community, JANICE LANGBEHN and JOHN DOE LANGBEHN, individually and as a marital community, MELVA BINION and JOHN DOE BINION, individually and as a marital community, JANE DOE COATE and JOHN DOE COATE, individually and as a

marital community, TOM PRICE and JANE DOE PRICE, individually and as a marital community, GORDON SINCOCK and JANE DOE SINCOCK, individually and as a marital community, JANE DOE BUTLER and JOHN DOE BUTLER individually and as a marital community, JOHN DOE and JANE DOE Numbers One through Five, individually and as a marital community, STATE OF WASHINGTON and DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ("Defendants") and plaintiffs appearing by their attorney, Gary A. Preble, and the Court having considered the records and files herein, including:

1. Defendants' Motion and Memorandum for Partial Summary Judgment to Dismiss Parents' Claims;

2. Declaration of Paul F. James, with attached Exhibits 1-5;

3. Plaintiffs' Response, if any;

4. Defendants' Reply to Plaintiffs' Response, if any, and;

5. Defendants' Proposed Order Granting Defendants' Motion for Partial Summary Judgment to Dismiss Parents' Claims;

and the Court being fully advised in the premises; now therefore, it is hereby

ORDERED That defendants' MARION WARE and JOHN DOE WARE, individually and as a marital community, NAILA VANDERKOLK and JOHN DOE VANDERKOLK, individually and as a marital community, BILL TODD and JANE DOE TODD, individually and as a marital community, CARMEN CODY and JOHN DOE CODY, individually and as a marital community, LEAH STAJDUHAR and JOHN DOE STAJDUHAR, individually and as a marital community, BREND BIGEAGLE and JOHN DOE BIGEAGLE, individually and as a marital community, JANICE LANGBEHN and JOHN DOE LANGBEHN, individually and as a marital community, MELVA BINION and JOHN DOE BINION, individually and as a marital community, JANE DOE COATE and JOHN DOE COATE, individually and as a marital community, TOM PRICE and JANE DOE PRICE, individually and as a marital community, GORDON SINCOCK and JANE DOE SINCOCK, individually and as a marital

community, JANE DOE BUTLER and JOHN DOE BUTLER individually and as a marital community, JOHN DOE and JANE DOE Numbers One through Five, individually and as a marital community, STATE OF WASHINGTON and DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ("Defendants")' Motion for Partial Summary Judgment to Dismiss Parents' Claims is hereby GRANTED and all claims of plaintiffs' Valerie Witt and Daniel Witt allowable under RCW 4.24.010 for the injury of their child, Nathan Witt, are dismissed with prejudice.

DONE this 12th day of July 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

ROB MCKENNA
Attorney General

/s/ Paul F. James
PAUL F. JAMES, WSBA#13525
Assistant Attorney General
Attorneys for State Defendants

Approved as to form, notice of presentment waived:

GARY A. PREBLE, WSBA # 14758
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2005, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

preble@olylwa.net

/s/Paul F. James
PAUL F. JAMES, WSBA #13525
Assistant Attorney General
Torts Division
P.O. Box 40126
Olympia, WA 98504-0116
(360) 459-6600