1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Franklin D. Burgess

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

NATHAN WITT, a single man, VALERIE L.
WITT, and DANIEL A. WITT, husband and wife,
individually, as a marital community.

               Plaintiffs,

  v.

MARION WARE, et al.,

            Defendants.

No.  C04-5139FDB

DECLARATION OF
 GARY A. PREBLE IN RESPONSE TO
DEFENDANTS' MOTION TO DISMISS,
PURSUANT TO FRCP 37(d) FOR
PLAINTIFF'S FAILURE TO ATTEND
HIS OWN DEPOSITION AND FOR
COSTS AND FEES

      I am the attorney for the Plaintiffs in this matter and I make this declaration in support of

Plaintiffs' Response to Motion  to Dismiss for Failure to Attend His Own Deposition.

      While Nathan did not appear at his deposition, he has since been incarcerated and a

deposition has been set at the Olympia jail on July 20, 2005.   I met with him at the jail prior to

his preliminary hearing.  As a result of his being in jail, there will be a deposition on Wednesday,

July 20, 2005.

**Preble Law Firm, P.S.**
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington  98506
(360) 943-6960   FAX: (360) 943-2603

1       I personally told Mr. James, Defendants' attorney, there was a possibility of Nathan not

2   being available at the scheduled time for the deposition.  I believe we spoke about it several

3   times, and I believe it was the day before the scheduled deposition I advised him that Nathan

4   might not appear.  I told him that Mrs. Witt would have to go look for him "on the streets" , and I

5   believe I told him Mrs. Witt might go to the bank where he gets a small daily allotment of cash

6   for his expenses.  Mrs. Witt is Nathan's guardian, and a copy of her Letters of Guardianship is

7   attached hereto.Defendants have always been aware that, except when he is incarcerated, Nathan

8   is homeless and lives "on the streets"; specifically, I have heard Defendant Big Eagle explain

9   how she was able to contact him at a community center in Olympia.

10      On the day of scheduled deposition I suggested to Defendants' counsel, Mr. James, that

11  he need not appear and go to the expense of bringing a reporter, and that I would notify Mr.

12  James if Nathan appeared so he could come over to depose him. (His office is about 10 to 15

13  minutes drive.)  He said he would come anyway. I would have willingly given a declaration that

14  Nathan did not appear, thus obviating the need for Mr. James' appearance and costs.  Mr. James

15  chose to come anyway, and I offered him the opportunity to ask Mrs. Witt questions while she

16  was there.

17      As to the Interrogatories, I spoke with Nathan personally and went over the depositions

18  with him.  He was unable to give any meaningful answers, and I so notified Mr. James.  Any

19  value he would get from the Interrogatories can be obtained at the upcoming deposition.

20      I declare under penalty of perjury under the laws of the State of Washington that the

21  foregoing is true and correct.  Signed this 18th day of July at Olympia, Washington.

        _/s/ Gary A.  Preble_____

DECLARATION OF GARY A. PREBLE
IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION
FOR PARTIAL SUMMARY JUDGMENT RE CLAIMS
UNDER 1985, 19086 AND 1988
Page 2 of 4

**Preble Law Firm, P.S.**
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington  98506
(360) 943-6960   FAX: (360) 943-2603

1                                                   GARY A. PREBLE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF GARY A. PREBLE
IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION
FOR PARTIAL SUMMARY JUDGMENT RE CLAIMS
UNDER 1985, 19086 AND 1988
Page 3 of 4

**Preble Law Firm, P.S.**
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington  98506
(360) 943-6960   FAX: (360) 943-2603

1

CERTIFICATE OF SERVICE

2

3        I hereby certify that on July 18, 2005, I caused to be electronically filed the foregoing
document with the Clerk of the Court using the CM/ECF system which will send notification of
such filing to the following:

4

5        paulj@atg.wa.gov

6

7                                          /s/ Gary A.  Preble
                                     GARY A. PREBLE, WSBA #14758
8                                    Attorney for Plaintiffs
                                     Preble Law Firm
9                                    2120 State Avenue N.E., Ste.  101
10                                   Olympia, WA 98506
                                     Telephone: (360) 943-6960
11                                   Fax: (360) 943-2603
                                     E-mail: preble@olywa.net
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF GARY A. PREBLE                              **Preble Law Firm, P.S.**
IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION                    Attorneys at Law
FOR PARTIAL SUMMARY JUDGMENT RE CLAIMS                  State & Sawyer Building, Suite 101
UNDER 1985, 19086 AND 1988                                    2120 State Avenue N.E.
Page 4 of 4                                                 Olympia, Washington  98506
                                                         (360) 943-6960   FAX: (360) 943-2603