UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN WITT, a minor child, by and through his parents, VALERIE L. WITT and DANIEL A. WITT, husband and wife, individually as a marital community, and on behalf of their minor child,

Plaintiffs,

v.

MARION WARE and JOHN DOE WARE, individually and as a marital community, et al.,

Defendants.

Case No. C04-5139FDB

ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON 42 U.S.C. § 1983 CLAIMS

Plaintiffs move for reconsideration of the Court's Order Granting Defendants' Motion for Partial Summary Judgment on Plaintiffs' 42 U.S.C. § 1983 claims. Defendants filed a response. Having considered the parties' submissions and arguments, and being familiar with the record herein, the Court declines to reconsider its earlier order.

ACCORDINGLY, IT IS ORDERED: Plaintiffs' Amended Motion for Reconsideration [Dkt. # 66] is DENIED.

DATED this 8th day of August 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1