UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN WITT, a minor child, by and through his parents, VALERIE L. WITT and DANIEL A. WITT, husband and wife, individually as a marital community, and on behalf of their minor child,

Plaintiffs,

v.

MARION WARE and JOHN DOE WARE, individually and as a marital community, *et al.*,

Defendants.

Case No. C04-5139FDB

ORDER REMANDING CASE TO THURSTON COUNTY SUPERIOR COURT

All federal claims in this matter having been dismissed [see orders at Dkt. #'s 49 and 72], this court no longer has subject matter jurisdiction over this cause of action and declines to exercise supplemental jurisdiction over remaining state claims.

ACCORDINGLY, IT IS ORDERED:

1. This cause of action is REMANDED to Thurston County Superior Court from which it was removed.

2. Any remaining motions are STRICKEN from this Court's calendar as MOOT.

DATED this 8th day of August 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1